# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0510. DONG XUE JIN d/b/a US DELI v. US FOODS, INC. f/k/a US FOODSERVICE, INC.**

In this action on account, the trial court granted summary judgment in the plaintiff's favor and ordered Dong Jin to pay $5,907.68 in principal, $1,949.54 in accrued interest, $810.72 in attorney fees, plus post-judgment interest at 15%. Jin filed a notice of appeal from this ruling. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000 or less must comply with the discretionary appeal procedures. Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required under OCGA § 5-6-35. See *Jennings v. Moss*, 253 Ga. App. 357 (509 SE2d 655) (1998). Given Jin's failure to file an application, this appeal is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,  12/04/2014
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*